**ORIGINAL**

U S DISTRICT &
BANKRUPTCY COURTS

01 APR 18 PM 5: 35

FILED DEPOSITORY IDAHO
Cameron S. Burke, Clerk

JAMES L. MARTIN, ISB NO. 4226
MOFFATT THOMAS BARRETT ROCK
   & FIELDS, CHTD.
U.S. Bank Plaza Building
101 S. Capitol Blvd., 10th Flr.
P.O. Box 829
Boise, Idaho 83701-0829
Telephone: (208) 345-2000

MARK R. MCDONALD
ASAKO SAKAI
MORRISON & FOERSTER LLP
555 West Fifth Street
Suite 3500
Los Angeles, California 90013-1024
Telephone: (213) 892-5200

Attorneys for Defendants
HERBALIFE INTERNATIONAL, INC.,
and HERBALIFE INTERNATIONAL OF
AMERICA, INC.

UNITED STATES FEDERAL DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARY LYNN FALLOW,<br><br>            Plaintiff,<br><br>v.<br><br>HERBALIFE INTERNATIONAL, INC., a Nevada Corporation; HERBALIFE INTERNATIONAL OF AMERICA, INC., a California Corporation,<br><br>            Defendants. | CASE NO. CIV 01-0073-N-EJL<br><br>**DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6)** |

Defendants Herbalife International, Inc. and Herbalife of America, Inc. (collectively "Herbalife"), by and through the undersigned counsel of record, and pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, move this Court for an order dismissing Plaintiff's

MOTION TO DISMISS COMPLAINT - 1
::ODMA\GRPWISE\MT.MTPO.BOI_MT1:341782.1

Amended Complaint For: Breach of Contract and to Enforce Unliquidated Arizona Judgment for failure to state a claim upon which relief can be granted. The complaint is barred by *res judicata*.

The motion is supported by the record before the Court, the supporting Memorandum and the Request for Judicial Notice, filed concurrently herewith.

Dated this 18th day of April, 2001.

>JAMES L. MARTIN
>MOFFATT THOMAS
>BARRETT ROCK & FIELDS, CHTD.
>
>MARK R. MCDONALD
>ASAKO SAKAI
>MORRISON & FOERSTER LLP
>
>By: _____
>   James L. Martin
>   Attorneys for Defendants
>   HERBALIFE INTERNATIONAL, INC.
>   and HERBALIFE OF AMERICA, INC.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this 18th day of April, 2001, I caused to be served a true copy of the foregoing **DEFENDANTS' MOTION TO DISMISS COMPLAINT PURSUANT TO FRCP 12(b)(6)** by the method indicated below, and addressed to the following:

| | |
|---|---|
| Ford Elsaesser | ( ) U.S. Mail, |
| Joseph Jarzabek | ( ) Postage Prepaid |
| ELSAESSER JARZABEK ANDERSON | ( ) Hand Delivered |
| MARKS & ELLIOTT, CHTD. | (✓) Overnight Mail |
| Third & Lake Streets | ( ) Facsimile |
| PO Box 1049 | |
| Sandpoint, ID 83864 | |

_____
James L. Martin