U.S. COURTS
01 MAY -2 PM 4:19
REC'D
CAMERON S. BURKE
CLERK         IDAHO

**ORIGINAL**

*FAX FILED*

Ford Elsaesser
Joseph Jarzabek
ELSAESSER JARZABEK ANDERSON MARKS & ELLIOTT, CHTD.
Attorneys at Law
Third & Lake Streets
P.O. Box 1049
Sandpoint, ID 83864
(208) 263-8517
Fax: (208) 263-0759

UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARY LYNN FALLOW, | CASE NO. CIV 01-0073-N-EJL |
| Plaintiff, | **AFFIDAVIT OF MARY L. FALLOW** |
| vs. | |
| HERBALIFE INTERNATIONAL, INC. a Nevada Corporation; HERBALIFE OF AMERICA, INC., a California Corporation, | |
| Defendants. | |

MARY L. FALLOW, being first duly sworn on oath, deposes and states:

1. I prevailed in my litigation against Herbalife and was awarded $620,000.00 in damages by a jury. This $620,000.00 consisted of two portions: (1) $470,000.00 for past damages based on the failure of Herbalife to terminate Tonni Riley, a distributor in my downline, and (2) $150,000.00 for past damages based on Herbalife's suspension of my distributorship and failure to pay proper compensation during the litigation.

**AFFIDAVIT OF MARY L. FALLOW - 1**

2.  I have received approximately $3,000.00 each month over the last four months from Herbalife as compensation for my work as a distributor. I believe Herbalife is withholding amounts to which I am entitled because of the pending litigation between us. I believe the proper amount I should be paid is between $3,500 and $5,000 each month (if Tonni Riley is not terminated) or (if Tonni Riley is terminated) between $50,000 and $60,000 each month.

3.  Herbalife has repeatedly refused to provide me with the basis for the amounts they have paid. I have no way to verify whether I am being correctly compensated without going through this process, but I believe that I will be able to correctly determine my proper compensation once Herbalife has been forced to provide an accounting.

DATED this 1st day of May, 2001.

_____
Mary L. Fallow

SUBSCRIBED AND SWORN TO before me this 1st day of May, 2001.

_____
NOTARY PUBLIC in and for Idaho
Residing at: Sandpoint
My Commission Expires: 12-18-2006

**AFFIDAVIT OF MARY L. FALLOW - 2**

**ORIGINAL**

U.S. COURTS
01 MAY -2 PM 4: 18
REC'D_____FILED_____
CAMERON S. BURKE
CLERK           IDAHO

FAX FILED

Ford Elsaesser
Joseph Jarzabek
ELSAESSER JARZABEK ANDERSON MARKS & ELLIOTT, CHTD.
Attorneys at Law
Third & Lake Streets
P.O. Box 1049
Sandpoint, ID 83864
(208) 263-8517
Fax: (208) 263-0759

UNITED STATES FEDERAL DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARY LYNN FALLOW, ) | CASE NO. CIV 01-0073-N-EJL |
| Plaintiff, ) | |
| ) | **AFFIDAVIT OF SERVICE** |
| vs. ) | |
| HERBALIFE INTERNATIONAL, ) | |
| INC. a Nevada Corporation; HERBALIFE ) | |
| OF AMERICA, INC., a California ) | |
| Corporation, ) | |
| Defendants. ) | |

STATE OF IDAHO   )
                 ) ss.
County of Bonner )

Sherylee Foster, being first duly sworn upon oath, deposes and says:

I am assistant to Ford Elsaesser, attorney in the above named law firm and make this affidavit upon personal knowledge. On the 2nd day of May, 2001, I caused a true and correct copy

**AFFIDAVIT OF SERVICE - 1**

of the Affidavit of Mary L. Fallow to be faxed and mailed by U.S. Mail, postage prepaid to the following:

Mark McDonald
Asako Sakai
Morrison & Foerster
555 W. 5th Street #3500
Los Angeles, CA 90013-1024
Fax:   (213) 892-5454

James L. Martin
Moffatt Thomas Barrett Rock & Fields, Chtd.
P.O. Box 829
Boise, ID 83701-0829
Fax:   (208) 385-5384

*Sherylee Foster*
Sherylee Foster

SUBSCRIBED AND SWORN TO before me this 2nd day of May, 2001.

*[signature]*
Notary Public for Idaho
Residing at: Ponderay
My commission expires: 12-16-2004

AFFIDAVIT OF SERVICE - 1