Rec'd _____ U.S. Courts Filed ✓
MAY 29 2001
Cameron S. Burke
Clerk, Idaho

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| MARY LYNN FALLOW, | ) |
| Plaintiff, | ) Case No. CV01-73-N-EJL |
| vs. | ) JUDGMENT |
| HERBALIFE INTERNATIONAL INC., et al, | ) |
| Defendants. | ) |

Based upon this Court's Order, dated May 25th, 2001, and the Court being fully advised in the premises,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREE** that Plaintiff take nothing from the Defendants and this case is hereby **DISMISSED IN ITS ENTIRETY.**

Dated this 25th day of May, 2001.

EDWARD J. LODGE
UNITED STATES DISTRICT JUDGE

JUDGMENT - Page 1
01ORDERS\FALLOW.WPD

United States District Court
for the
District of Idaho
May 24, 2001

\* \* CLERK'S CERTIFICATE OF MAILING \* \*

Re:  2:01-cv-00073

I certify that a copy of the attached document was mailed to the following named persons:

> Ford Elsaesser, Esq.
> ELSAESSER JARZABEK ANDERSON MARKS & ELLIOTT
> PO Box 1049
> Sandpoint, ID  83864
>
> Joseph Edward Jarzabek, Esq.
> ELSAESSER JARZABEK ANDERSON MARKS & ELLIOTT
> PO Box 1049
> Sandpoint, ID  83864
>
> James L Martin, Esq.
> MOFFATT THOMAS BARRETT ROCK & FIELDS
> PO Box 829
> Boise, ID  83701
>
> Asako Sakai, Esq.
> MORRISON & FOERSTER
> 555 W Fifth St #3500
> Los Angeles, CA  90013-1024
>
> Mark R McDonald, Esq.
> MORRISON & FOERSTER
> 555 W Fifth St #3500
> Los Angeles, CA  90013-1024

Cameron S. Burke, Clerk

Date: 05.29.01     BY: _M. Longstreet_
                        (Deputy Clerk)